UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSURANCE RECOVERY GROUP, INC., <br><br>      Plaintiff, <br> v. <br><br> JOHN CONNOLLY, NEIL SALTERS, JONATHAN LADENHEIM, STEVEN IERONIMO and ISG RECOVERIES LLC, <br><br>      Defendants. | Civil Action No. 11-10935-WGY |

# MOTION FOR SANCTIONS AGAINST DEFENDANTS' ATTORNEYS

Insurance Recovery Group, Inc. ("IRG") files this motion for sanctions against the White Plains, New York law firm of Meiselman, Denlea, Packman, Carton & Eberz P.C. ("Meiselman"), Meiselman partner D. Greg Blankinship ("Blankinship") and trial attorney Joshua S. Bauchner ("Bauchner" and together with Meiselman and Blankinship, the "NY Attorneys") for their intentional destruction of evidence, violations of the orders of this Court and related misconduct.

The grounds for this motion are further set forth in the accompanying memorandum of law.

# REQUEST FOR ORAL ARGUMENT

**WHEREFORE**, IRG respectfully requests the Court enter an order:

1. sanctioning the NY Attorneys;

2. awarding IRG its attorneys' fees incurred in connection with the District Court litigation and the arbitration;

3. scheduling a deadline for IRG to file affidavits and/or documents in support of its requested costs and attorneys' fees; and

4. granting IRG such other and further relief as the Court deems just and proper.

                Respectfully submitted,

                INSURANCE RECOVERY GROUP, INC.

                By its attorneys,

                */s/ Joseph M. Downes III*
                Lawrence S. Delaney (BBO No. 557063)
                Joseph M. Downes III (BBO. No. 655853)
                DEMEO & ASSOCIATES, P.C.
                One Lewis Wharf
                Boston, MA 02110
                Tel: (617) 263-2600
                Fax: (617) 263-2300
Dated: September 6, 2012      jdownes@jdemeo.com

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I hereby certify that I conferred with D. Greg Blankinship and Joshua Bauchner by email on September 5, 2012 regarding the issues presented by the motion, but did not reach an agreement.

                */s/ Joseph M. Downes III*
                Joseph M. Downes III

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing on the above date, and by regular mail and email to D. Greg Blankinship at GBlankinship@mdpcelaw.com and Meiselman, Denlea, Packman, Carton & Eberz P.C., 1311 Mamaroneck Avenue, White Plains, New York 10605, and to Joshua Bauchner at jb@ansellgrimm.com and Ansell Grimm & Aaron, P.C., 1500 Lawrence Ave., Ocean Township, NJ 07712.

.

                */s/ Joseph M. Downes III*
                Joseph M. Downes III