UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSURANCE RECOVERY GROUP, INC., | Civil Action No.: 11-CV-10935 |
| Plaintiff, | |
| v. | |
| JOHN CONNOLLY, NEIL SALTERS, JONATHAN LADENHEIM, STEVEN IERONIMO, & ISG RECOVERIES, LLC | |
| Defendants. | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Respondents Meiselman, Denlea, Packman, Carton & Eberz P.C., Joshua S. Bauchner, Esq., and D. Greg Blankinship, Esq. (collectively, "MDPCE") respectfully move this Court for the entry of an order allowing it to file a memorandum of law that exceeds the 20-page limit set forth in Local Rule 7.1(b)(4). MDPCE requests that it be permitted to file a brief in opposition to Plaintiff's motion for sanctions (Docket No. 22) not to exceed 40 pages. In support of this motion, MDPCE states:

1. MDPCE makes this request so that it may adequately respond to the numerous factual and legal assertions set forth in Plaintiff Insurance Recovery Group's ("IRG") motion for sanctions against MDPCE. Granting the motion will advance the interests of justice and judicial economy by allowing the Court to review the facts and legal authorities relevant to allegations set forth in IRG's motion. Granting the motion will also serve the interests of fairness and due process by affording MDPCE a full opportunity to state its position.

2. Additional space is required, in part, to address the factual grounds advanced by Plaintiff in support of the motion (including the 14 exhibits submitted by Plaintiff), and the additional factual submissions relevant to refute Plaintiff's allegations, including numerous emails and other writings, deposition, hearing, and trial transcripts, the final award of the arbitrator, and affidavits of the parties.

3. Granting the instant motion will not prejudice Plaintiff. IRG had more than a year to prepare its motion papers, but was not privy to all attorney-client communications and other documents relevant to its allegations. Additional space is required to allow MDPCE a full opportunity to respond to IRG's accusations and to present its evidence, which will assist the Court in fairly adjudicating this matter.

4. A Proposed Order is attached.

Dated: October 31, 2012

                                              Respectfully Submitted,

                                     By:    /s/ Michael A. Berg
                                                  Michael A. Berg (*pro hac vice*)
                                                  MEISELMAN, DENLEA, PACKMAN
                                                  CARTON & EBERZ P.C.
                                                  1311 Mamaroneck Avenue
                                                  White Plains, New York 10605
                                                  Telephone: (914) 517-5000
                                                  Facsimile: (914) 517-5055
                                                  mberg@mdpcelaw.com

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

I hereby certify that I have conferred with opposing counsel in a good faith attempt to resolve or narrow the issues concerning this motion.

                                              /s/ D. Greg Blankinship

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on October 31, 2012.

/s/ Michael A. Berg