## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Insurance Recovery Group, Inc.**

_____
                      **Plaintiff**

                                                    **CIVIL ACTION**

          **V.**
**John Connolly et al**                              **NO. 11CV10935-WGY**

_____
                      **Defendant**


## JUDGMENT


**YOUNG, D. J.**


        In accordance with the Court's Order Confirming Arbitration Award dated

October 10, 2012 in the above-entitled  action, it is hereby ORDERED:

                **Judgment for the Plaintiff, IRG in the amount of $1,865,812.08,**

against John Connolly.



                                            **By the Court,**

**December 10, 2012**                        **/s/Matthew A. Paine**
_____                        _____
        **Date**                                **Deputy Clerk**


(Judgment for SJ.wpd - 12/98)